NOTE — Reported at 388 N.E.2d 591.

STATE OF INDIANA, INDIANA DEPARTMENT OF REVENUE,
INHERITANCE TAX DIVISION *v.* ELSIE K. GEORGE,
SOLE HEIR OF THE ESTATE OF HERMAN GOEPP

[No. 3-978A245. Filed April 26, 1979. Rehearing denied August 29, 1979. Transfer granted March 19, 1980.]